Craig K. Perry
Nevada Bar No. 3786
CRAIG K. PERRY & ASSOCIATES
6210 N. Jones Blvd. #753907
Las Vegas, Nevada 89136-8985
Telephone: (702) 228-4777
Facsimile: (702) 943-7520
cperry@craigperry.com

Chris R. Miltenberger, Esquire
The Law Office of Chris R. Miltenberger, PLLC
1360 N. White Chapel, Suite 200
Southlake, Texas 76092-4322
817-416-5060 (office)
817-416-5062 (fax)
chris@crmlawpractice.com
*Subject to Pro Hac Vice*

Eric H. Weitz, Esquire
Max S. Morgan, Esquire
**THE WEITZ FIRM, LLC**
1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com
eric.weitz@theweitzfirm.com
*Subject to Pro Hac Vice*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| STEPHAN CAMPBELL, *on behalf of himself and all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> EVERYTHING BREAKS, INC., <br><br> Defendant. | Case No.: 2:23-cv-00861-GMN-EJY <br><br> **DECLARATION OF MAX S. MORGAN, ESQ. IN SUPPORT OF PLAINTIFF STEPHAN CAMPBELL'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM DEFENDANT EVERYTHING BREAKS, INC.** |

I, Max S. Morgan, declare as follows:

1.      I am an attorney at the law firm of The Weitz Firm, LLC, counsel of record for Plaintiff Stephan Campbell ("Plaintiff").  I make this declaration un support of Plaintiff's Motion to Compel Discovery from Defendant Everything Breaks, Inc. ("Defendant").  I have personal knowledge of the matters stated herein, and, if called as a witness, I could competently testify as to the following.

2.      Mr. Campbell served his First Set of Discovery to Defendant Everything Breaks on August 29, 2023.

3.      After requesting an extension of time, Everything Breaks responded to Plaintiff's First Set of Discovery on October 26, 2023.  A true and correct copy of Defendant's October 26, 2023 Responses and Objections to Plaintiff's First Set of Interrogatories and Defendant's October 26, 2023 Responses and Objections to Plaintiff's First Set of Request for Production of Documents is attached as **Exhibit A**.

4.      On October 27, 2023, Mr. Campbell wrote to Everything Breaks and advised that documents responsive to Request No. 21 had not been produced.  A true and correct copy of the October 27, 2023 correspondence is attached as **Exhibit B**.

5.      On November 2, 2023, I held a telephonic meet and confer with Attorney Jamey Campellone.

6.      During the teleconference, Mr. Campbell requested that the call records be produced and clarification regarding Everything Breaks' responses to Request Nos. 13 and 14 as they were inconsistent with Everything Breaks' position that it obtained Mr. Campbell's lead information from Otto.

7.      Everything Breaks advised that because it did not obtain Mr. Campbell's information directly from Otto, it responded "none" because it did not get the lead directly from Otto.

8.      Mr. Campbell advised that his request seeks information that originated from Otto and requested Everything Breaks amend its response to provide the relevant information.

9.      Everything Breaks agreed to review and consider amending certain responses, but refused to provide the call records and also refused to explain *how* it obtained Mr. Campbell's information that originated with Otto.

10.      In an effort to obtain the list of leads that were procured by Everything Breaks that originated with Otto, Mr. Campbell served a subpoena on Otto Quotes, LLC.

11.      Otto responded that it had no agreement, communications or transactions with Everything Breaks.

12.      Otto produced a document indicating Mr. Campbell's lead was sold only to QuinstreetBidding.

13.      Mr. Campbell served a subpoena on QuinStreet.

14.      QuinStreet responded that it had no records related to Mr. Campbell and did not purchase any leads from Otto.

15.      On November 16, 2023, Mr. Campbell served his Third Set of Discovery to Defendant Everything Breaks, Inc.

16.      On December 22, 2023, Everything Breaks responded to Plaintiff's Third Set of Discovery.  A true and correct copy of Defendant's December 22, 2023 Responses and Objections to Plaintiff's Third Set of Discovery is attached as **Exhibit C**.

17.      On January 5, 2023, the parties held another telephonic meet and confer.  Present during the meet and confer were Chris Miltenberger and Max Morgan for Mr. Campbell and Jamey Campellone for Everything Breaks.

18.      The parties were unable to resolve their disputes with respect to Interrogatory Nos. 12-15 and Request Nos. 13, 14 and 21.

19.      Everything Breaks has not produced the class calling records and refuses to respond to discovery seeking how it obtained Mr. Campbell's information from Otto.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of January, 2024 in Philadelphia, Pennsylvania.

*s/ Max S. Morgan*

Max S. Morgan