# EXHIBIT "B"

Correspondence from Mr. Campbell to Everything Breaks dated October 27, 2023

# EXHIBIT "B"

# Max Morgan

| | |
|---|---|
| **From:** | Max Morgan |
| **Sent:** | Friday, October 27, 2023 4:21 PM |
| **To:** | Jamey Campellone; Marlo Hackney; Eric H. Weitz; Chris Miltenberger; Craig Perry |
| **Cc:** | Gabby Mangar; Phillip Silvestri |
| **Subject:** | RE: SERVICE OF COURT DOCUMENT; Campbell v. Everything Breaks, Inc., Case No: 2:23-cv-00861 |

Jamey:

Thursday works. I will send a dial in.

On the documents, there is no description of what the excel files are. Most are juts lists of what appear to be numbers, with nothing more. Also, I do not see any CDRs for the calls placed to leads originating from Otto.

I have other questions about some of the documents because they don't track with the information you provided in our discussions. We can discuss Thursday.

Regards,

Max

---

**From:** Jamey Campellone <Jamey.Campellone@gmlaw.com>
**Sent:** Friday, October 27, 2023 4:14 PM
**To:** Max Morgan <max.morgan@theweitzfirm.com>; Marlo Hackney <marlo.hackney@theweitzfirm.com>; Eric H. Weitz <eric.weitz@theweitzfirm.com>; Chris Miltenberger <chris@crmlawpractice.com>; Craig Perry <cperry@craigperry.com>
**Cc:** Gabby Mangar <Gabby.Mangar@gmlaw.com>; Phillip Silvestri <Phillip.Silvestri@gmlaw.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT; Campbell v. Everything Breaks, Inc., Case No: 2:23-cv-00861

Max,

What about the documents—can you elaborate?

I am available **Thursday at 2:00 p.m. EST** for a call (I just had a deposition cancel). Is this a call to say Plaintiff wants to dismiss the case?

Thank you,

Jamey

## GreenspoonMarder LLP

**Jamey R. Campellone, Esq.**
Greenspoon Marder LLP
200 East Broward Boulevard, Suite 1800
Fort Lauderdale, Florida 33301
Phone: 954-491-1120 | Ext. 2304
Direct: 954-527-6296 | Direct Fax: 954-333-4296

jamey.campellone@gmlaw.com
www.gmlaw.com



**From:** Max Morgan <max.morgan@theweitzfirm.com>
**Sent:** Friday, October 27, 2023 4:06 PM
**To:** Jamey Campellone <Jamey.Campellone@gmlaw.com>; Marlo Hackney <marlo.hackney@theweitzfirm.com>; Eric H. Weitz <eric.weitz@theweitzfirm.com>; Chris Miltenberger <chris@crmlawpractice.com>; Craig Perry <cperry@craigperry.com>
**Cc:** Gabby Mangar <Gabby.Mangar@gmlaw.com>; Phillip Silvestri <Phillip.Silvestri@gmlaw.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT; Campbell v. Everything Breaks, Inc., Case No: 2:23-cv-00861

Jamey:

Let me know when you're available next week for a call to discuss the documents produced.

Regards,

Max

**From:** Max Morgan
**Sent:** Friday, October 27, 2023 12:23 PM
**To:** Jamey Campellone <Jamey.Campellone@gmlaw.com>; Marlo Hackney <marlo.hackney@theweitzfirm.com>; Eric H. Weitz <eric.weitz@theweitzfirm.com>; Chris Miltenberger <chris@crmlawpractice.com>; Craig Perry <cperry@craigperry.com>
**Cc:** Gabby Mangar <Gabby.Mangar@gmlaw.com>; Phillip Silvestri <Phillip.Silvestri@gmlaw.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT; Campbell v. Everything Breaks, Inc., Case No: 2:23-cv-00861

Jamey:

Received.  We are reviewing the responses.  I note that the Interrogatories are not verified.  When will you provide the verification?

On documents, your responses note that you intend to produce documents within a month.  Please advise why this additional time is needed to produce documents.  We presume that your office reviewed the documents before providing written responses.  We note that there is a deadline to amend and if we need to seek an extension (since we will have less than 30 days to review documents), one factor may be the defendant's delay in producing documents.  Can you please articulate the reason the documents were not produced with the responses?

Regards,

Max

**From:** Jamey Campellone <Jamey.Campellone@gmlaw.com>
**Sent:** Thursday, October 26, 2023 7:04 PM
**To:** Max Morgan <max.morgan@theweitzfirm.com>; Marlo Hackney <marlo.hackney@theweitzfirm.com>; Eric H. Weitz <eric.weitz@theweitzfirm.com>; Chris Miltenberger <chris@crmlawpractice.com>; Craig Perry <cperry@craigperry.com>
**Cc:** Gabby Mangar <Gabby.Mangar@gmlaw.com>; Phillip Silvestri <Phillip.Silvestri@gmlaw.com>
**Subject:** SERVICE OF COURT DOCUMENT; Campbell v. Everything Breaks, Inc., Case No: 2:23-cv-00861

| Court: | In the United States District Court for the District of Nevada |
|---|---|
| Case No.: | 2:23-cv-00861 |
| Case Style: | *Campbell v. Everything Breaks, Inc.* |
| Document(s): | 1. ESERVED- Defendant's Responses and Objections to Plaintiff's First Set of Interrogator<br><br>2. ESERVED- Defendant's Responses and Objections to Plaintiff's First Set of Requests for Documents |
| Sender: | Jamey R. Campellone, Esq. |
| Telephone No.: | (954) 527-6296 |

**Jamey R. Campellone, Esq.**
Greenspoon Marder LLP
200 East Broward Boulevard, Suite 1800
Fort Lauderdale, Florida 33301
Phone: 954-491-1120 | Ext. 2304
Direct: 954-527-6296 | Direct Fax: 954-333-4296
jamey.campellone@gmlaw.com
www.gmlaw.com

[facebook.com] [linkedin.com] [twitter.com]

GREENSPOON MARDER LLP LEGAL NOTICE
The information contained in this transmission may be attorney/client privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply e-mail.

Unless specifically indicated otherwise, any discussion of tax issues contained in this e-mail, including any attachments, is not, and is not intended to be, "written advice" as defined in Section 10.37 of Treasury Department Circular 230.

A portion of our practice involves the collection of debt and any information you provide will be used for that purpose if we are attempting to collect a debt from you.