Phillip A. Silvestri, Esq.
Nevada Bar No. 11276
phillip.silvestri@gmlaw.com
**GREENSPOON MARDER LLP**
3993 Howard Hughes Pkwy., Ste. 400
Las Vegas, Nevada 89169
Tel: (702) 978-4249
Fax: (954) 333-4256
Jamey R. Campellone, Esq. (*Admitted Pro Hac Vice*)
Florida Bar No. 119861
jamey.campellone@gmlaw.com
gabby.mangar@gmlaw.com
**GREENSPOON MARDER LLP**
200 E. Broward Blvd., Ste. 1800
Ft. Lauderdale, Florida 33301
Tel: (954) 527-6296
Fax: (954) 333-4296

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| STEPHAN CAMPBELL, *on behalf of himself and all others similarly situated*,<br><br>    Plaintiff,<br><br>v.<br><br>EVERYTHING BREAKS, INC.,<br><br>    Defendant.<br>_____/ | CASE NO.: 2:23-cv-00861<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSE TO PLAINTIFF'S MOTION TO COMPEL [ECF 20]**<br><br>**[First Request]** |

Pursuant to LR IA 6-1 and Fed. R. Civ. P. 6(b)(1)(A), the Parties, by and through their respective counsel of record, respectfully submit the following stipulation to allow defendant Everything Breaks, Inc. ("Defendant") additional time to file a responsive pleading to Plaintiff's Motion to Compel filed on January 12, 2024 [ECF 20]. Defendant's response is currently due on January 25, 2024. The Parties have agreed to allow Defendant through and until February 2, 2024 to respond to the Motion to Compel. The extension will allow Defendant sufficient time to appropriately review, investigate, and respond to the Motion.

This is Defendant's first request for an extension of time to respond to the Motion and is not made for the purpose of delay.

Dated: January **25**, 2024.            Respectfully submitted,

| | |
|---|---|
| **GREENSPOON MARDER LLP** | **THE WEITZ FIRM, LLC** |
| /s/Jamey Campellone_____ | /s/Max Morgan_____ |
| PHILIP SILVESTRI | Eric H. Weitz, Esquire |
| Nv. Bar No. 11276 | Max S. Morgan, Esquire |
| Email: philip.silvestri@gmlaw.com | THE WEITZ FIRM, LLC |
| GREENSPOON MARDER LLP | 1515 Market Street, #1100 |
| 3993 Howard Hughes Parkway, Suite 400 | Philadelphia, PA 19102 |
| Las Vegas, NV 89159 | Tel: (267) 587-6240 |
| Tel: (702) 978-4249 | Fax: (215) 689-0875 |
| | max.morgan@theweitzfirm.com |
| JAMEY R. CAMPELLONE | eric.weitz@theweitzfirm.com |
| Fla. Bar No. 119861 | |
| *(Admitted Pro Hac Vice)* | Craig K. Perry |
| Email: jamey.campellone@gmlaw.com | Nevada Bar No. 3786 |
| Email: gabby.mangar@gmlaw.com | CRAIG K. PERRY & ASSOCIATES 6210 N. |
| GREENSPOON MARDER LLP | Jones Blvd. #753907 |
| 200 East Broward Blvd., Suite 1800 | Las Vegas, Nevada 89136-8985 |
| Fort Lauderdale, Florida 33301 | Telephone: (702) 228-4777 |
| Tel: (954) 527-6296 | Facsimile: (702) 943-7520 |
| Fax: (954) 333-4027 | cperry@craigperry.com |
| *Attorneys for Defendant* | Chris R. Miltenberger, Esquire |
| | The Law Office of Chris R. Miltenberger, PLLC |
| | 1360 N. White Chapel, Suite 200 |
| | Southlake, Texas 76092-4322 |
| | 817-416-5060 (office) |
| | 817-416-5062 (fax) |
| | chris@crmlawpractice.com |
| | Subject to Pro Hac Vice |
| | *Attorneys for Plaintiff* |

**IT IS SO ORDERED.**

_____
**U.S. MAGISTRATE JUDGE**

**Dated: January 25, 2024**