# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

Stephan Campbell, on behalf of himself and all others similarly situated,

    Plaintiff(s),

vs.

Everything Breaks, Inc.,

    Defendant(s).

Case No.: 2:23-cv-00861-GMN-EJY

## SUBSTITUTION OF ATTORNEY

Everything Breaks, Inc., _____ (Plaintiff) (Defendant) hereby substitutes
(Name of Party)

Sean P. Flynn with Gordon Rees Scully Mansukhani
(New Attorney)

(Address): 300 S. 4th Street, Suite 1550, Las Vegas, NV 89101

(Telephone): (775) 467-2610 , as attorney of record in place and

stead of: Phillip Silvestri and Jamey Campellone with Greenspoon Marder, LLP
(Present Attorney)

DATED: 4/3/2024

(Signature of Party)

I consent to the above substitution.

DATED: 4/2/24

(Signature of Present Attorney)

. . .

. . .

. . .

1

1 | I am duly admitted to practice in this District.
2 | Above substitution accepted.
3 | DATED: 4/3/2024

(Signature of New Attorney)

5 | Please check one: _____ RETAINED, or _____ APPOINTED BY THE COURT

IT IS SO ORDERED.

9 | DATED: April 3, 2024

UNITED STATES MAGISTRATE JUDGE

2

6/95