Craig K. Perry
Nevada Bar No. 3786
CRAIG K. PERRY & ASSOCIATES
6210 N. Jones Blvd. #753907
Las Vegas, Nevada 89136-8985
Telephone: (702) 228-4777
Facsimile: (702) 943-7520
cperry@craigperry.com

Chris R. Miltenberger, Esquire
The Law Office of Chris R. Miltenberger, PLLC
1360 N. White Chapel, Suite 200
Southlake, Texas 76092-4322
817-416-5060 (office)
817-416-5062 (fax)
chris@crmlawpractice.com
*Pro Hac Vice*

Max S. Morgan, Esquire
**THE WEITZ FIRM, LLC**
1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com
eric.weitz@theweitzfirm.com
*Pro Hac Vice*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| STEPHAN CAMPBELL, *on behalf of himself and all others similarly situated*,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>EVERYTHING BREAKS, INC.,<br><br>　　　　　　Defendant. | Case No.: 2:23-cv-00861-GMN-EJY<br><br>**MOTION TO CONVERT MAY 14, 2024 HEARING ON PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES TO VIDEOCONFERENCE; PROPOSED ORDER** |

Case 2:23-cv-00861-GMN-EJY   Document 38   Filed 05/09/24   Page 2 of 4

**TO THE COURT, EACH PARTY AND THEIR ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to this Court's procedures, Plaintiff Stephan Campbell ("Plaintiff"), by and through his attorneys of record, will and hereby does move this Honorable Court for an order converting the May 14, 2024 Hearing on Plaintiff's Motion to Compel Discovery Responses to a Videoconference hearing and permitting Plaintiffs' Counsel (i.e., Craig Perry, Chris R. Miltenberger and Max S. Morgan) to appear remotely at the hearing set to occur on May 14, 2024 at 10:00 AM. ECF No. 33.

Plaintiff's Co-Lead Counsel Chris Miltenberger is located in Southlake, Texas (Dallas/Fort Worth Metroplex). Plaintiff's Co-Lead Counsel Max Morgan is located in Philadelphia, PA. Mr. Miltenberger intends to argue Plaintiff's Motion to Compel Discovery Responses at the May 14, 2024 hearing with the support of Mr. Morgan. Travel to Las Vegas for Mr. Miltenberger would involve 7 hours between travel to the airports, courthouse, and flight time. Costs would be over $700 for airfare and hotel. Travel to Las Vegas for Mr. Morgan would involve 8 hours between travel to the airports, courthouse, and flight time. Costs would be over $1,000 for airfare and hotel. On May 8, 2024, the Court granted Defense Counsel's request to appear remotely. The parties anticipate that a videoconference appearance will likely only involve about 1 hour of time. Thus, to appear in person at this hearing will be a substantial cost that may be reasonably avoided by a video/Zoom or telephonic appearance for Mr. Miltenberger and Mr. Morgan.

PLAINTIFF'S MOTION TO CONVERT MAY 15, 2024 HEARING ON PLAINTIFF'S MOTION TO COMPEL TO VIDEOCONFERENCE AND PERMITTING PLAINTIFFS' COUNSEL TO APPEAR REMOTELY

CASE NO. 2:23-CV-00861

On May 7, 2024, Defense Counsel and Plaintiff's Counsel conferred and Defense Counsel does not oppose Plaintiff's request for Plaintiff's Counsel to appear remotely.

Dated: May 8, 2024.  Respectfully submitted,

/s/ Chris R. Miltenberger
Chris R. Miltenberger, Esquire
The Law Office of Chris R. Miltenberger, PLLC
1360 N. White Chapel, Suite 200
Southlake, Texas 76092-4322
817-416-5060 (office)
817-416-5062 (fax)
chris@crmlawpractice.com

Max S. Morgan, Esquire
THE WEITZ FIRM, LLC
1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com

Craig K. Perry
Nevada Bar No. 3786
CRAIG K. PERRY & ASSOCIATES
6210 N. Jones Blvd. #753907
Las Vegas, Nevada 89136-8985
Telephone: (702) 228-4777
Facsimile: (702) 943-7520
cperry@craigperry.com

PLAINTIFF'S MOTION TO CONVERT MAY 15, 2024 HEARING ON PLAINTIFF'S MOTION TO COMPEL TO VIDEOCONFERENCE AND PERMITTING PLAINTIFFS' COUNSEL TO APPEAR REMOTELY

CASE NO. 2:23-CV-00861

IT IS HEREBY ORDERED that the Motion to Convert the May 14, 2024 Hearing to Videoconference (ECF No. 37) is GRANTED.

IT IS FURTHER ORDERED that counsel for Plaintiff must contact Elvia Garcia, courtroom deputy for the undersigned Magistrate Judge by **12:00 p.m. on May 10, 2024, at Elvia_Garcia@nvd.uscourts.gov,** and provide their email addresses. The courtroom deputy will email Mr. Miltenberger and Mr. Morgan the Zoom link.

_____
Elayna J. Youchah
U.S. Magistrate Judge

DATED: May 9, 2024

PLAINTIFF'S MOTION TO CONVERT MAY 15, 2024 HEARING ON PLAINTIFF'S MOTION TO COMPEL TO VIDEOCONFERENCE AND PERMITTING PLAINTIFFS' COUNSEL TO APPEAR REMOTELY

CASE NO. 2:23-CV-00861