Craig K. Perry
Nevada Bar No. 3786
CRAIG K. PERRY & ASSOCIATES
6210 N. Jones Blvd. #753907
Las Vegas, Nevada 89136-8985
Telephone: (702) 228-4777
Facsimile: (702) 943-7520
cperry@craigperry.com

Chris R. Miltenberger, Esquire
The Law Office of Chris R. Miltenberger, PLLC
1360 N. White Chapel, Suite 200
Southlake, Texas 76092-4322
817-416-5060 (office)
817-416-5062 (fax)
chris@crmlawpractice.com
*Pro Hac Vice*

Max S. Morgan, Esquire
**THE WEITZ FIRM, LLC**
1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com
eric.weitz@theweitzfirm.com
*Pro Hac Vice*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| STEPHAN CAMPBELL, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>EVERYTHING BREAKS, INC.,<br><br>Defendant. | Case No.: 2:23-cv-00861-GMN-EJY<br><br>**JOINT NOTICE OF PENDING SETTLEMENT AND JOINT MOTION FOR STAY OF DISCOVERY DEADLINES AND DEADLINES ORDERED BY THE COURT IN ITS JULY 30, 2024, HEARING** |

**TO THE COURT, EACH PARTY AND THEIR ATTORNEY OF RECORD:**

Plaintiff Stephan Campbell ("Plaintiff"), individually and as representative of a proposed Settlement Class and Defendant Everything Breaks, Inc. (collectively referred to as the "Parties"), by and through their attorneys of record, notify the Court that the Parties have reached an agreement in principle to fully, finally, and forever resolve, discharge, and release all rights and claims in, or that could have been asserted in, the above-referenced class action, subject to a mutually acceptable settlement agreement, preliminary and final approval of the class settlement, and dismissal of the action with prejudice by the Court. The Parties are presently memorializing the class settlement in a comprehensive settlement agreement and related documents, which the Parties will endeavor to file with the Court as part of a motion for preliminary approval within forty-five (45) days of this Joint Notice.

The Parties further move the Court for entry of an Order staying the discovery deadlines and all deadlines ordered by the Court in its July 30, 2024, hearing for forty-five (45) days while the Parties finalize the class action settlement and related documents, including the aforementioned motion for preliminary approval. As grounds and good cause therefor, the Parties state that:

1. The Parties have reached a proposed class settlement. The proposed class settlement will fully, finally, and forever resolve, discharge, and release all rights and claims in, or that could have been asserted in, the above-referenced action.

2. The Parties are presently memorializing the class settlement in a comprehensive settlement agreement and related documents, which the Parties will endeavor to file with the Court as part of a motion for preliminary approval within forty-five (45) days of this Joint Motion for Stay of Proceedings.

WHEREFORE, Plaintiff and Defendant respectfully request that this Court stay proceedings for forty-five (45) days while the Parties finalize the class settlement agreement and related documents.

Dated: August 6, 2024                    Respectfully submitted,

/s/ Chris R. Miltenberger
Chris R. Miltenberger, Esquire
The Law Office of Chris R. Miltenberger, PLLC
1360 N. White Chapel, Suite 200
Southlake, Texas 76092-4322
817-416-5060 (office)
817-416-5062 (fax)
chris@crmlawpractice.com

Max S. Morgan, Esquire
THE WEITZ FIRM, LLC
1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com

Craig K. Perry
Nevada Bar No. 3786
CRAIG K. PERRY & ASSOCIATES
6210 N. Jones Blvd. #753907
Las Vegas, Nevada 89136-8985
Telephone: (702) 228-4777
Facsimile: (702) 943-7520
cperry@craigperry.com

-and-

SEAN P. FLYNN (SBN: 15408)
TOMIKO A. ORTIZ (SBN: 16599)

JOINT NOTICE OF PENDING SETTLEMENT AND REQUEST FOR STAY
CASE NO. 2:23-CV-00861

**GORDON REES SCULLY MANSUKHANI**
1 East Liberty Street, Suite 424
Reno, NV 89501
Telephone: (775) 467-2610
Email: sflynn@grsm.com
tortiz@grsm.com

Attorneys for Defendant,
*EVERYTHING BREAKS, INC.*

## **CERTIFICATE OF SERVICE**

I certify that on the date below I electronically filed the foregoing document and that it is available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

BY:   /s/ *Chris R. Miltenberger*
         Chris R. Miltenberger