Craig K. Perry
Nevada Bar No. 3786
CRAIG K. PERRY & ASSOCIATES
2300 W. Sahara Avenue, #800
Las Vegas, NV 89102
Telephone: (702) 228-4777
Facsimile: (702) 943-7520
cperry@craigperry.com

Chris R. Miltenberger, Esquire
The Law Office of Chris R. Miltenberger, PLLC
1360 N. White Chapel, Suite 200
Southlake, Texas 76092-4322
817-416-5060 (office)
817-416-5062 (fax)
chris@crmlawpractice.com
*Pro Hac Vice*

Max S. Morgan, Esquire
**THE WEITZ FIRM, LLC**
1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com
*Pro Hac Vice*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| STEPHAN CAMPBELL, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>EVERYTHING BREAKS, INC.,<br><br>Defendant. | Case No.: 2:23-cv-00861-GMN-EJY<br><br>**STIPULATION AND ORDER REGARDING PUBLICATION/MEDIA NOTICE** |

**TO THE COURT, EACH PARTY AND THEIR ATTORNEY OF RECORD:**

Plaintiff Stephan Campbell ("Plaintiff"), individually and as representative of the proposed Settlement Class, and Defendant Everything Breaks, Inc. ("Defendant"), by and through their attorneys of record, hereby file this Stipulation regarding the Publication/Media Notice. In support thereof, the Parties state as follows:

1. On December 10, 2024, Plaintiff filed his Unopposed Motion to Certify Class and for Preliminary Approval of Class Action Settlement. [Dkt. 60].

2. On December 12, 2024, the Court granted said motion. [Dkt. 61].

3. The Settlement Agreement and Release executed by the Parties provides for a Notice Program comprised of E-Mail Notice, Mail Notice, Publication/Media Notice, Website Notice and Long-Form Notice on the Settlement Website. [*See* Dkt. 60-1 at 14].

4. With respect to E-Mail Notice and Mail Notice, the Settlement Administrator performed reverse lookup searches based on the class data provided by Defendant (i.e., class member telephone numbers) to identify persons in the Settlement Class and to determine their most recent e-mail addresses and/or direct mailing addresses.

5. The Settlement Administrator reports that it obtained email addresses and telephone numbers for approximately 99.5% of the telephone numbers searched.

6. Based on the foregoing, the parties stipulate and agree to forego the Publication/Media Notice contemplated by the Settlement Agreement and Release.

7. Foregoing the Publication/Media Notice will save resources and funds that will instead be made available to class members that submit valid claims, which ultimately benefits the class.

8. Accordingly, the partes request that the Court approve this Stipulation and enter the below Order.

Dated: January 24, 2025            Respectfully submitted,

/s/ w permission
Sean P. Flynn, Esq.
Tomiko A. Ortiz, Esq.
GORDON REES SCULLY MANSUKHANI
1 East Liberty Street, Suite 424
Reno, NV 89501
(775) 467-2610
sflynn@grsm.com
tortiz@grsm.com

*Attorneys for Defendant*
EVERYTHING BREAKS, INC

/s/ Chris R. Miltenberger
Chris R. Miltenberger, Esquire
The Law Office of Chris R. Miltenberger, PLLC
1360 N. White Chapel, Suite 200
Southlake, Texas 76092-4322
817-416-5060 (office)
817-416-5062 (fax)
chris@crmlawpractice.com

Max S. Morgan, Esquire
THE WEITZ FIRM, LLC
1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com

Craig K. Perry
Nevada Bar No. 3786
CRAIG K. PERRY & ASSOCIATES
6210 N. Jones Blvd. #753907
Las Vegas, Nevada 89136-8985
Telephone: (702) 228-4777
Facsimile: (702) 943-7520
cperry@craigperry.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on the date below I electronically filed the foregoing document and that it is available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                BY:   /s/ *Chris R. Miltenberger*
                                      Chris R. Miltenberger

**STIPULATION AND ORDER REGARDING PUBLICATION/MEDIA NOTICE**
CASE NO. 2:23-CV-00861

**ORDERED**

It is hereby ORDERED that the Stipulation Regarding Publication/Media Notice is approved. The Parties and the Settlement Administrator are ORDERED to cause notice to issue in accordance with the terms of the Settlement Agreement and the foregoing Stipulation.

Dated: __January 24, 2025__

_____
U.S. District Court Judge